# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:00cr49-003-RV

JUAN RAMIREZ

## NOTICE OF TRANSFER OUT OF DISTRICT

**To:**   Clerk, United States District Court
District Of District of New Mexico
United States Courthouse
333 Lomas N.W. Suite 270
Albuquerque, NM 87102

The above-styled case is being transferred to your district by Judge Roger Vinson.  Attached are a certified copies of the docket, order of transfer, indictment, and judgment.

Please acknowledge receipt on the enclosed copy of this notice of transmittal.

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

September 6, 2012
DATE:                                        Deputy Clerk: Jean Davis

Acknowledgment:
Date received in your district: _____
Your Case No.: _____